Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: J. Reis
RPTR/ECRO/TAPE: Melissa Cianciullo
TOTAL TIME: 1 hours 33 minutes
DATE: 3/22/2023   START TIME: 11:09 AM   END TIME: 12:42 PM
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:22-cv-00238-SRU

Bellatoni et al                                    Matthew S. Carlone
                                                   Plaintiff's Counsel
         vs
Lamont et al                                       Darren Cunningham and Shawn Rutchick
                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..# 16  Motion to Dismiss by defendants   ☑ granted ☐ denied ☐ advisement

Notes: